AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Texas
San Antonio Division

)
)
)
April Lizette Rodriguez-Guerrero )
_Plaintiff(s)_ )
)
v. )    Civil Action No.
)
)    **SA26CA1888 FB**
)
Capital ONE N.A )
_Defendant(s)_ )
)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
Capital ONE, N.A
Attn: Registered Agent - CT Corporation System
211 E. 7th Street, Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

April Lizette Rodriguez-Guerrero
150 Rooster Dr.
Pleasanton TX 78064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date:   MAR 2 6 2026

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas
San Antonio Division

)
)
)
)
April Lizette Rodriguez-Guerrero )
_____ )
*Plaintiff(s)* )
v. )  Civil Action No.
)
## SA26CA1888 FB
)
LVNV Funding LLC )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LVNV Funding LLC
Attn: Registered Agent Corporation System
211 E. 7th Street, Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

April Lizette Rodriguez-Guerrero
150 Rooster Dr. Pleasanton TX 78064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: ___MAR 2 6 2026___     _____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Texas
San Antonio Division

)
)
)
)
April Lizette Rodriguez - Guerrero )
<i>Plaintiff(s)</i>
)
v.                        )                Civil Action No.
)
)       SA26CA1888  FB
)
)
Resurgent Capital Services, L.P.      )
<i>Defendant(s)</i>
)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Resurgent Capital Services L.P.
Attn: Registered Agent Corporation Company
211 E. 7th Street, suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

April Lizette Rodriguez- Guerrero
150 Rooster Dr.
Pleasanton TX 78064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date:     MAR 2 6 2026
_____
Signature of Clerk or Deputy Clerk



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas
### San Antonio Division

|  |  |  |
|---|---|---|
| April Lizette Rodriguez-Guerrero<br>*Plaintiff(s)*<br><br>v.<br><br>Scott & Associates, P.C.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br><br>**SA26CA1888 FB** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Scott & Associates, P.C.
108 Wild Basin Rd., Suite 250
Austin, Texas 78746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

April Lizette Rodriguez-Guerrero
150 Rooster Dr.
Pleasanton, Texas 78064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date:  MAR 2 4 2026

_____
*Signature of Clerk or Deputy Clerk*

