IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| APRIL LIZETTE RODRIGUEZ-GUERRERO, | § § § § § | |
| *Plaintiff,* | § § | SA-26-CV-01888-FB |
| vs. | § § § | |
| CAPITAL ONE, N.A.,  RESURGENT CAPITAL SERVICES, L.P.,  LVNV FUNDING LLC,  SCOTT & ASSOCIATES, P.C., | § § § § § § | |
| *Defendants.* | § § | |

**ORDER**

Before the Court in the above-styled cause of action is Defendant Capital One, N.A.'s Motion to Dismiss the Original Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) [#13].  Under the Standing Order in Civil Cases Assigned to Judge Fred Biery, the District Judge presiding over this case, there is a mandatory procedure that must be followed prior to filing a Rule 12(b)(6) motion to dismiss.  The Standing Order is available on the Western District of Texas website: Order in Civil Cases Assigned to Judge Biery, available at https://www.txwd.uscourts.gov/wp-content/uploads/2024/06/3DPlanet.standingorder.internet.pdf (last visited April 22, 2026).

The Order mandates the following procedure before any party files a Rule 12(b)(6) motion: (1) Defendant's counsel shall confer with Plaintiff by providing written notice regarding the deficiencies in the pleading and the right to amend the pleading; (2) Plaintiff shall file an advisory of any intent to amend within seven days of receipt of the notification letter; and (3) Plaintiff must file any amended pleading within seven days of filing the advisory.  If an amended

1

pleading is not timely filed, Defendant may then file the motion to dismiss.  When a motion to dismiss is ultimately filed, it must include a certificate of conference "expressly stating the movant complied with this Standing Order."  The Standing Order warns Defendant that the Court "will strike any Federal Rule 12(b) Motion to Dismiss if it does not contain the required Certificate of Conference, which may preclude its re-filing given the time limits prescribed in Federal Rule 12(a)."

Defendant's motion to dismiss does not contain the required certificate of conference.  In accordance with Judge Biery's directives, the Court will therefore strike Defendant's Rule 12(b)(6) motion for failure to conform with the Standing Order.

**IT IS HEREBY ORDERED** that Defendant Capital One, N.A.'s Motion to Dismiss the Original Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) [#13] is **STRICKEN** without prejudice to refiling as set forth herein.

**IT IS FURTHER ORDERED** that Defendant confer with Plaintiff regarding the basis of its motion to dismiss.  After the conference, the deadlines contained in Judge Biery's Standing Order govern the filing of Plaintiff's amended complaint and/or Defendant's responsive pleading.

SIGNED this 22nd day of April, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

2