FILED

MAY 04 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

Plaintiff
April Lizette Rodriguez-Guerrero

Case No. SA26CA1888

V.

Defendant
CAPITAL ONE, N.A;
Resurgent Capital Services, L.P.;
LVNV Funding LLC;
SCOTT & Associates, P.C;

## * PROOF OF SERVICE *

april L. Rod-Guerrero
May 4, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  LVNV Funding LLC

was received by me on *(date)*  March 31, 2026  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  CT Corporation System  , who is

designated by law to accept service of process on behalf of *(name of organization)*  LVNV Funding LLC

_____ on *(date)*  March 31, 2026  or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  May 4, 2026

_____
Server's signature

Rabi A. Rodriguez-Guerrero
Printed name and title

150 Rooster Dr. Pleasanton Tx 78064
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation System
Registered Agent for LV NV
Funding LLC
211 E. 7th Street suite 620
Austin, TX 78701

9590 9402 9582 5121 0670 79

2. Article Number (Transfer from service label)

9589 0710 5270 3572 1283 53

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addres

B. Received by (Printed Name)    C. Date of Deli

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restri Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Recei

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Resurgent Capital Services, L.P

was received by me on *(date)*  March 31, 2026 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  CT Corporation System _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*  Resurgent Capital Services, L.P
_____ on *(date)*  March 31, 2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  May 4, 2026

_____
Server's signature

Robi A. RODRIGUEZ - GUERRERO
Printed name and title

150 Rooster Dr. Pleasanton, TX
Server's address
78064

Additional information regarding attempted service, etc:

Print       Save As...                    Reset

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

T Corporation System
Registered Agent for
esrogant Capital Services, L.P.
11 E. 7th Street, Suite 620
Austin, TX. 78701

9590 9402 9591 5121 3650 05

2. Article Number (Transfer from service label)

9589 0710 5270 3572 1283 60

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   □ Agent
                          □ Addressee

B. Received by (Printed Name)   | C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Adult Signature
   □ Adult Signature Restricted Delivery
   □ Certified Mail®
   □ Certified Mail Restricted Delivery
   □ Collect on Delivery
   □ Collect on Delivery Restricted Delivery
   □ Insured Mail
   □ Insured Mail Restricted Delivery
   □ Priority Mail Express®
   □ Registered Mail™
   □ Registered Mail Restricted Delivery
   □ Signature Confirmation™
   □ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Capital One, N.A

was received by me on *(date)*  March 31, 2026

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  CT Corporation System , who is

designated by law to accept service of process on behalf of *(name of organization)*  Capital One, N.A.

_____ on *(date)*  March 31, 2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  May 4, 2026

_____
Server's signature

Rabi A. Rodriguez-Guerrero
Printed name and title


150 Rooster Dr. Pleasanton Tx, 78064
Server's address

Additional information regarding attempted service, etc:

Print     Save As...     Rese

Case 5:26-cv-01888-FB-ESC   Document 15   Filed 03/04/26   Page 7 of 7

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Capital ONE, N.A.
ttr. Registered Agent - CT
corporation system
11 E. 7th street, suite 620
Austin, TX 78701

9590 9402 9582 5121 0670 62

Article Number (Transfer from service label)

9589 0710 5270 3572 1283 77

Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

— Chandler Crow

— Mar 31 2026

— Viva Tejas Logistics