**FILED**

June 17, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____CH_____

DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

April Lizette Rodriguez-Guerrero,
Plaintiff,

v.

Capital One, N.A., et al.,
Defendants.

Civil Action No. 5:26-cv-01888-FB-ESC

### PROOF OF SERVICE
### of Summons and Complaint

Defendant: SCOTT & ASSOCIATES, P.C.
Submitted by Pro Se Plaintiff:
April Lizette Rodriguez-Guerrero
150 Rooster Dr
Pleasanton, TX 78064
Telephone: 956-459-7222
Date Submitted: June 17, 2026
Method of Filing: Electronic Submission via Pro Se Drop Box

Scanned with
CamScanner

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Scott & Associates, P.C.
was received by me on *(date)*  May 5, 2026 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Scott & Associates, P.C. , who is
designated by law to accept service of process on behalf of *(name of organization)*  Scott & Associates, P.C.
_____ on *(date)* June 3, 2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: June 16, 2026

_____
Server's signature

Rabi Abisai Rodriguez-Guerrero
Printed name and title

150 Rooster Dr. Pleasanton, TX 78064
Server's address

Additional information regarding attempted service, etc:
Please see attached Certified Mail Receipt
Tracking Number: 9589071052702465849252

Scanned with CamScanner

ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU...

# USPS Tracking®

FAQs >

**Tracking Number:** *Scott & Associates*

**Remove X**

## 95890710527024465849252

Copy        Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 11:27 am on June 3, 2026 in CARROLLTON, TX 75011.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Individual Picked Up at Post Office**

CARROLLTON, TX 75011
June 3, 2026 11:27 AM

**See All Tracking History**

## What Do USPS Tracking Statuses Mean?

Text & Email Updates

USPS Tracking Plus®

Product Information



| U.S. Postal Service™ | | |
|---|---|---|
| **CERTIFIED MAIL® RECEIPT** | | |
| *Domestic Mail Only* | | |
| For delivery information. visit our website at *www.usps.com* | | |
| Carrollton, TX 75011 | | OFFICIAL USE |
| Certified Mail Fee $5.30 | | 0064 |
| $ | | 3 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $1.60 | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage $1.07 | | |
| $ | | 06/01/2026 |
| Total Postage and Fees $10.77 | | USPS |
| Sent To *Scott & Associates* | | |
| Street and Apt. No, or PO Box No. | | |
| City, State, ZIP+4® | | |


Scanned with
CamScanner