IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

APRIL LIZETTE RODRIGUEZ-
GUERRERO,

      *Plaintiff,*

vs.

CAPITAL ONE, N.A.,  RESURGENT
CAPITAL SERVICES, L.P.,  LVNV
FUNDING LLC,  SCOTT &
ASSOCIATES, P.C.,  EQUIFAX,
EXPERIAN,  TRANSUNION,

      *Defendants.*

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

SA-26-CV-01888-FB

**ORDER**

Before the Court in the above-styled cause of action are Plaintiff's Motion for Leave to Amend [#47] and Defendant Scott & Associates, P.C.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint [#57]. By its motion, Defendant Scott & Associates informs the Court that it provided Plaintiff with notice of its intent to move to dismiss the claims asserted in her First Amended Complaint, the current live pleading. Plaintiff filed her advisory of intent to amend and filed a motion for leave to amend with her proposed Second Amended Complaint attached.

Also pending before the Court is a motion to dismiss filed by Defendant Capital One, N.A., seeking dismissal of Plaintiff's First Amended Complaint. The Court previously issued an order denying Plaintiff's motion to strike the motion to dismiss and indicating that a report and recommendation on the motion to dismiss would be forthcoming, after which the Court would decide whether or not to allow Plaintiff to file her proposed Second Amended Complaint.

1

Defendant Scott & Associates is now asking the Court for an extension of time to file a response in the form of an answer or motion to dismiss depending on how the Court rules on the motion to dismiss filed by Defendant Capital One, N.A.  Since the Court's Order, Defendant Equifax Information Services LLC moved to dismiss Plaintiff's First Amended Complaint [#54], and Defendant Trans Union LLC has filed a notice of joinder in Equifax's Motion to Dismiss [#60].

In order to simplify the procedural posture of this case and to allow all Defendants to respond to the same pleading, the Court will now grant Plaintiff's motion for leave to amend, order the docketing of her Second Amended Complaint, dismiss Defendants' motions to dismiss as moot, dismiss as moot Defendant Scott & Associates motion for extension of time, and set a uniform deadline for all Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint.  The Court will not grant Plaintiff leave to further amend her pleadings prior to ruling on any forthcoming motions to dismiss.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to Amend [#47] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk **DOCKET** Plaintiff's proposed Second Amended Complaint [#47-1].

**IT IS FURTHER ORDERED** that Defendant Capital One, N.A,'s Motion to Dismiss the First Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) [#20] is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendant Equifax Information Services LLC's Motion to Dismiss Plaintiff's First Amended Complaint [#54] and Defendant Trans Union LLC Joinder in Equifax's Motion to Dismiss [#60] are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendant Scott & Associates, P.C.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint [#57] is **DISMISSED AS MOOT**.

**IT IS FINALLY ORDERED** that each Defendant file its answer or other responsive pleading to Plaintiff's Second Amended Complaint on or before **August 13, 2026**.

SIGNED this 30th day of July, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

3